No. 5,908.—STATE EX REL. JOHN B. TANSIL, COUNTY ATTORNEY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* directed to the District Court of Yellowstone County, and O. F. Goddard, a Judge thereof, to review an order of respondents suppressing evidence in a cause entitled *State of Montana, Plaintiff,* v. *William Cummings* and *Matt Thomas.*

Decided February 25, 1926.

PER CURIAM.—Relator's application for writ of review herein is denied.

*Mr. John B. Tansil,* County Attorney, *pro se.*

---

No. 5,910.—STATE EX REL. JOHN B. TANSIL, COUNTY ATTORNEY, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of review addressed to the District Court of Yellowstone County and O. F. Goddard, a Judge thereof, to annul an order made by respondents in a cause entitled *State of Montana, Plaintiff,* v. *Matt Thomas, Defendant,* suppressing certain evidence.

Decided February 25, 1926.

PER CURIAM.—Relator's application for a writ of review herein is denied.

*Mr. John B. Tansil,* County Attorney, *pro se.*